

**NOT FOR PUBLIC VIEW**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>Alejandro MERINO-Lopez<br><br>*Defendant* | )<br>)  Case No.  25mj2872-KSC<br>)<br>)<br>)<br>) |

FILED
JUN 0 2 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

8638522

2025 MAY 27 AM 9: 54
RECEIVED U.S. MARSHALS-S/CA

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Alejandro MERINO-Lopez                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☑ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

Title 8, U.S.C., Section 1326- REMOVED ALIEN FOUND IN THE UNITED STATES
DATE: 5/29/2025
ARRESTED BY: ICE

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____

Date:  05/27/2025                                                                        *Issuing officer's signature*

City and state:  San Diego, California                         Karen S. Crawford, United States Magistrate Judge
                                                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                                       _____<br>                                                                                    *Arresting officer's signature*<br><br>                                                                                    _____<br>                                                                                    *Printed name and title* |